**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 24 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE HILARIO REYES<br><br>Defendant. | Case No. 2:20-mj-01000-DJA<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

I understand that I have a right to appear in person in court at the initial appearance/detention hearing in this case scheduled for November 24, 2020. I have been advised of the nature of this proceeding and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

/s/ Jose Hilario Reyes        11/24/2020
Defendant's Signature        (date)

_Sylvia A. Irvin_        11/24/2020
Signature of Defendant's Attorney   (date)

AFPD Sylvia A. Irvin
Printed Name of Defendant's Attorney

_[signature]_
Judge's Signature        (date)

Brenda Weksler, U.S. Magistrate Judge
Judge's Printed Name and Title