# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00328-KJD-DJA |
| Plaintiff, | **Order Unsealing Case** |
| v. | |
| JOSE HILARIO REYES, | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Jose Hilario Reyes,* is unsealed.

**DATED** this  8th  day of January, 2021.

By the Court:

_____
Honorable Kent J. Dawson
United States District Judge